## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**HENRY H. BLANTON and
his wife, META BLANTON,**

       **Plaintiff,**

**vs.**                                           **CASE NO.  1:04-CV-419-SPM**

**UNITED STATES OF AMERICA,
DEPARTMENT OF VETERANS'
AFFAIRS,**

       **Defendant.**

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to Plaintiff's "Motion for Dismissal With Prejudice" (doc. 12) filed

April 15, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Each party shall bear his own attorney's fees.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this twenty-sixth day of April, 2005.

           _s/ Stephan P. Mickle_

           Stephan P. Mickle
           United States District Judge

/pao

2